**Order entered October 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01305-CV

---

**DEEN T. WILLIAMSON, Appellant**

**V.**

**CRAIG HOWARD, ET AL., Appellees**

---

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-03662-B**

---

## ORDER

The Court has before it appellant's September 26, 2013 "motion for review of the trial court sustaining appellant's affidavit of indigence" and her September 30, 2013 motion to correct the title of the September 26, 2013 motion and "amended motion requesting the Fifth Court of Appeals review the trial court's sustaining the contest against appellant's affidavit of indigence." The Court **GRANTS** the motions. *See* TEX. R. APP. P. 20.1(j)(4). We **ORDER** Lanetta J. Williams, Official Court Reporter of the County Court at Law No. 2 of Dallas County, Texas, to file the court reporter's record in this case within thirty days of the date of this order, without requiring prepayment of costs. We **ORDER** the Dallas County Clerk to file the clerk's record in this case within thirty days of the date of this order, without requiring prepayment of costs.

/s/     ELIZABETH LANG-MIERS
        JUSTICE